**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 10-cv-20573-JLK

| | |
|---|---|
| BELLE COHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID A. BRANDON, STEPHEN G. | ) |
| PAGLIUCA, BAIN CAPITAL PARTNERS, | ) |
| BAIN CAPITAL, LLC, JOHN W. CHIDSEY, | ) |
| BRIAN T. SWETTE, RICHARD W. BOYCE, | ) |
| RONALD M. DYKES, PETER R. FORMANEK, | ) |
| MANUEL GARCIA, SANJEEV K. MEHRA, | ) |
| and KNEELAND C. YOUNGBLOOD, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and, | ) |
| | ) |
| BURGER KING HOLDINGS, INC., | ) |
| | ) |
| Nominal Defendant. | ) |

**AGREED MOTION FOR VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

**Motion**

Plaintiff, by her attorneys, hereby moves pursuant to Rule 23.1(c), Fed. R. Civ. P., for an order dismissing this action without prejudice.

**Memorandum of Law**

1.     This verified shareholder derivative complaint was filed on February 24, 2010. [DE1].

2.     Nominal defendant Burger King Holdings, Inc. ("Burger King") was served with the summons and verified derivative complaint (the "Complaint") on February 25, 2010.

1

Counsel for Burger King, Tracy Nichols of Holland & Knight LLP, agreed to accept service of the Complaint on behalf of the Individual Defendants. Counsel for defendants Bain Capital Partners and Bain Capital LLC (collectively "Bain Capital"), James H. Mutchnik of Kirkland & Ellis LLP, agreed to accept service for Bain Capital.

3. Plaintiff's counsel agreed to defendants' request to extend their time to answer, move to dismiss, or otherwise respond to the complaint until April 27, 2010.

4. Pursuant to Rule 23.1(c), Fed. R. Civ. P., plaintiff seeks approval to voluntarily dismiss this action without prejudice.

5. No consideration has been offered or given to plaintiff or her counsel in connection with the voluntary dismissal of this action and no claims have been released as a result thereof.

6. Before the filing of this motion, counsel for the parties conferred pursuant to Local Rule 7.1A3, and they agree to this voluntary dismissal without prejudice.

7. Notice of dismissal is not required because no response to the Complaint has been filed, no consideration has been given in connection with the voluntary dismissal of this action, and no claims have been released as a result thereof.

8. Each party is to bear its own costs and fees.

## CONCLUSION

9. For the foregoing reasons, the Court should grant this agreed motion for voluntary dismissal of the Complaint, without prejudice. A proposed order is being filed with this motion and will be e-mailed to chambers pursuant to the rules of court.

Dated:  March 24, 2010　　　　　　　　　　　　Respectfully submitted,

**VIANALE & VIANALE LLP**

By: *s/Kenneth J. Vianale*
　　Kenneth J. Vianale
　　(Fla. Bar No. 169668)
　　2499 Glades Road, Suite 112
　　Boca Raton, Florida 33431
　　T: 561-392-4750
　　F: 561-392-4775

　　**SARRAF GENTILE LLP**
　　Ronen Sarraf
　　Joseph Gentile
　　116 John Street, Suite 2310
　　New York, New York 10038
　　T: 212-868-3610
　　F: 212-918-7967

　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by regular mail for those counsel or parties who are receiving electronically Notices of Electronic Filing in this case.

                s/ Julie Prag Vianale
                Julie Prag Vianale
                Attorney for Plaintiff
                Vianale & Vianale LLP
                2499 Glades Road, Suite 112
                Boca Raton, FL 33431
                Tel: 561-392-4750
                Fax: 561-392-4775
                jvianale@vianalelaw.com

Service List:

Tracy Nichols, Esq. (by regular mail)
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

James H. Mutchnik, Esq. (by regular mail)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654