## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 10-cv-20573-JLK

| | |
|---|---|
| BELLE COHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID A. BRANDON, STEPHEN G. | ) |
| PAGLIUCA, BAIN CAPITAL PARTNERS, | ) |
| BAIN CAPITAL, LLC, JOHN W. CHIDSEY, | ) |
| BRIAN T. SWETTE, RICHARD W. BOYCE, | ) |
| RONALD M. DYKES, PETER R. FORMANEK, | ) |
| MANUEL GARCIA, SANJEEV K. MEHRA, | ) |
| and KNEELAND C. YOUNGBLOOD, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and, | ) |
| | ) |
| BURGER KING HOLDINGS, INC., | ) |
| | ) |
| Nominal Defendant. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS COURT, having considered Plaintiff's Agreed Motion for Voluntary Dismissal Without Prejudice, read the pleadings and being otherwise fully advised in the premises, it is hereby

ORDERED that Plaintiff's Agreed Motion for Voluntary Dismissal Without Prejudice is GRANTED. The case is dismissed without prejudice, with each party to bear its own costs.

1

The Clerk is ordered to mark this case as CLOSED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25 day of March, 2010.

Honorable James Lawrence King
United States District Judge

2